# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Restani, Jane A. | U.S. Court of International Trade | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2020 **to** 12/31/2020 |
|  | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

One Federal Plaza
New York, NY 10278

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Delegate at Large of Mohican Chapter | Adirondack Mountain Club |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | City University of New York (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Restani, Jane A. | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Restani, Jane A. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. M&T BANK ACCOUNTS (cash) | A | Interest | M | T | | | | | |
| 3. PEOPLE'S BANK (cash) (Y) | | | | | | | | | |
| 4. RELIANCE STANDARD LIFE INSURANCE COMPANY ELEOS MVA FIXED ANNUITY | | None | M | T | Buy | 03/03/20 | M | | |
| 5. AIG POWER INDEX 5 PLUS (fixed annuity) | | None | M | T | Buy | 06/23/20 | M | | |
| 6. CAPITAL ONE BANK ACCOUNTS (cash) | A | Interest | L | T | | | | | |
| 7. SANTANDER BANK ACCOUNTS (cash) | B | Interest | M | T | | | | | |
| 8. HSBC ACCOUNTS (cash) | B | Interest | M | T | | | | | |
| 9. FIRST COUNTY BANK ACCOUNTS (cash) | A | Interest | M | T | | | | | |
| 10. NUVEEN QUALITY MUNICIPAL INCOME FUND (NAD) | C | Dividend | L | T | | | | | |
| 11. NATIONAL MUNICIPAL CLASS A (MDNLX) | A | Dividend | K | T | | | | | |
| 12. BLACKROCK MUNICIPLE FUND (MDNLX) | A | Dividend | K | T | | | | | |
| 13. RELIANCE STANDARD ANNUITY (FIXED) | | None | M | T | Buy | 03/03/20 | M | | |
| 14. AIG ANNUITIES (FIXED) | | None | M | T | Buy | 06/23/20 | M | | |
| 15. Account #1 (H) | | | | | | | | | |
| 16. INVESCO DIVERSIFIED DIVIDEND A (LCEAX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Restani, Jane A.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. WELLS FARGO LARGE CAP CORE C (EGOCX) | D | Dividend | M | T | | | | | |
| 18. Account #2 (H) | | | | | | | | | |
| 19. FIRST TRUST HIGH YL LG/SHT (HYLS) | A | Dividend | J | T | | | | | |
| 20. FIRST TRUST TCW OPPS FIXD INC (FIXD) | A | Dividend | J | T | | | | | |
| 21. FIRST TRUST VALU LN DIV IDX (FVD) | A | Dividend | J | T | | | | | |
| 22. FIRST TRUST DYN DEVEL INT (RFDI) | A | Dividend | J | T | | | | | |
| 23. FIRST TRUST AMEX BIOTECH (FBT) | | None | J | T | | | | | |
| 24. FIRST TRUST CAP GROWTH (FNY) (X) | A | Dividend | J | T | | | | | |
| 25. FIRST TRUST CAPITAL STRGTH (FTCS) | A | Dividend | J | T | | | | | |
| 26. FIRST TRUST CONSUMER DISCRET (FXD) | A | Dividend | J | T | | | | | |
| 27. FIRST TRUST EMERGING MARKETS (FEM) | A | Dividend | J | T | | | | | |
| 28. FIRST TRUST EUROPE (FEP) | A | Dividend | J | T | | | | | |
| 29. FIRST TRUST GBL TACTICAL STG F (FTGC) | | None | J | T | | | | | |
| 30. FIRST TRUST LARGE CAP GROWTH A (FTC) | A | Dividend | J | T | | | | | |
| 31. FIRST TRUST LONG/SHORT EQTY (FTLS) | A | Dividend | J | T | | | | | |
| 32. FIRST TRUST TECH ALPHA ETF (FXL) | A | Dividend | J | T | | | | | |
| 33. Account #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Restani, Jane A.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. MORGAN STANLEY BANK NA (cash) (X) | A | Interest | K | T | | | | | |
| 35. BLACKROCK MUNIHOLDINGS INVESTMENTS (MFL) | A | Dividend | | | Sold | 02/26/20 | K | A | |
| 36. FIRST TR MLD CP COR APLHDX ETF (FNX) | A | Dividend | K | T | | | | | |
| 37. FIRST TRUST NASDAQ BANK ETF (FTXO) | A | Dividend | J | T | | | | | |
| 38. FIRST TR VALUE LN DIVIDEND IDX (FVD) | B | Dividend | L | T | | | | | |
| 39. FIRST TRUST AMEX BIOTECH (FBT) | | None | J | T | | | | | |
| 40. FIRST TRUST CAP GROWTH (FNY) | A | Dividend | J | T | | | | | |
| 41. FIRST TRUST CAPITAL STRENGTH ETF (FTCS) | A | Dividend | L | T | | | | | |
| 42. FIRST TRUST CONSUMER DISCRET (FXD) | A | Dividend | J | T | | | | | |
| 43. FIRST TRUST EMERGING MARKETS (FEM) | A | Dividend | J | T | | | | | |
| 44. FIRST TRUST EUROPE (FEP) | A | Dividend | K | T | | | | | |
| 45. FIRST TRUST LG CAP GRW A (FTC) | A | Dividend | K | T | | | | | |
| 46. FIRST TRUST LG CAP VALUE AL (FTA) | A | Dividend | J | T | | | | | |
| 47. FIRST TRUST MANAGED MUNI (FMB) | C | Dividend | M | T | Buy (add'l) | 02/26/20 | K | | |
| 48. FIRST TRUST RISING DIV ACHIEV (RDVY) | A | Dividend | K | T | Buy (add'l) | 02/26/20 | K | | |
| 49. FIRST TRUST SR LOAN FD (FTSL) | A | Dividend | J | T | | | | | |
| 50. FIRST TRUST SM CAP CORE ETF (FYX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Restani, Jane A. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. FIRST TRUST TECH ALPHA ETF (FXL) | A | Dividend | L | T | Buy (add'l) | 02/26/20 | K | | |
| 52. FIRST TRUST EQ OPP ETF (FPX) | A | Dividend | K | T | | | | | |
| 53. ISHARES RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | L | T | | | | | |
| 54. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | K | T | | | | | |
| 55. ISHARES RUSSELL MID CAP ETF (IWR) | A | Dividend | K | T | | | | | |
| 56. NUVEEN MUNICIPAL VALUE FD 2 (NUW) | B | Dividend | L | T | | | | | |
| 57. NUVEEN MUNICIPAL VALUE FD INC (NUV) | A | Dividend | J | T | | | | | |
| 58. CONNECTICUT ST HEALTH & EDL FACS AUTH REV N (20774YEF0) | A | Interest | K | T | | | | | |
| 59. CONNECTICUT ST GRNL OBLIG SER D (20772IVK5) | A | Interest | K | T | | | | | |
| 60. AB LARGE CAP GROWTH A (APGAX) | B | Dividend | K | T | | | | | |
| 61. AB REALTIVE VALUE A (CABDX) | A | Dividend | K | T | | | | | |
| 62. FRANKLIN CT TX FR A (FXCTX) | D | Dividend | M | T | | | | | |
| 63. GEORGE PUTNAM BALANCED A (PGEOX) | B | Dividend | K | T | | | | | |
| 64. INVESCO MUNI INCOME A (VKMMX) | B | Dividend | L | T | | | | | |
| 65. JP MORGAN US VALUE (VGRIX) (was JPM GROWTH & INCOME A) | B | Dividend | K | T | | | | | |
| 66. MAINSTAY TAX FREE BOND B (MKTBX) | B | Dividend | L | T | | | | | |
| 67. MAINSTAY TAX FREE BOND C (MTFCX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Restani, Jane A. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. MFS CORE EQUITY A (MRGAX) | B | Dividend | L | T | | | | | |
| 69. MFS MUNI LTD MATURITY A (MTLFX) | A | Dividend | K | T | | | | | |
| 70. MILLER OPP TRUST A (LGOAX) | | None | K | T | | | | | |
| 71. PUTNAM TAX FREE HI YEILD A (PTHAX) | B | Dividend | L | T | | | | | |
| 72. THORNBURG INTL GROWTH A (TIGAX) | A | Dividend | | | Sold | 12/23/20 | J | C | |
| 73. Account #4 (H) | | | | | | | | | |
| 74. MORGAN STANLEY BANK NA (cash) | A | Interest | K | T | | | | | |
| 75. FIRST TRUST MANAGED MUNICIPA (FMB) | A | Dividend | K | T | | | | | |
| 76. NUVEEN ENHANCED AMT FREE MUN CRED (NVG) | A | Dividend | K | T | | | | | |
| 77. CONNECTICUT ST HEALTH & EDL FACS AUTH REV-J (20774YKN6) | A | Interest | K | T | | | | | |
| 78. METROPOLITAN TRANSANT AUTH NY REV REF-F (59259YUX5) | A | Interest | J | T | | | | | |
| 79. METROPOLITAN TRANS AUTH-H (59259YWD7) | A | Interest | J | T | | | | | |
| 80. NEW YORK CITY GENL OBLIG SUBSERIES A-1 (64966I2L9) | A | Dividend | J | T | | | | | |
| 81. COLUMBIA SELECT LG CP GROWTH A (ELGAX) | C | Dividend | J | T | | | | | |
| 82. DELAWARE VALUE A (DDVAX) | A | Dividend | K | T | | | | | |
| 83. LORD ABBETT NATIONAL TX FR INC A (LANSX) | A | Dividend | K | T | | | | | |
| 84. NUVEEN CT MUNI BOND A (FCTTX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Restani, Jane A.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. WELLS FARGO LARGE CAP CORE C (EGOCX) | C | Dividend | K | T | | | | | |
| 86. Account #5 (H) | | | | | | | | | |
| 87. NY'S 529 COLLEGE SAVINGS PROGRAM DEVELOPED MARKETS INDEX PORTFOLIO | | None | K | T | | | | | |
| 88. NY'S 529 COLLEGE SAVINGS PROGRAM GROWTH STOCK INDEX PORTFOLIO | | None | L | T | | | | | |
| 89. NY'S 529 COLLEGE SAVINGS PROGRAM VALUE STOCK INDEX PORTFOLIO | | None | K | T | | | | | |
| 90. Account #6 (H) | | | | | | | | | |
| 91. NY'S 529 COLLEGE SAVINGS PROGRAM MODERATE GROWTH PORTFOLIO | | None | | | Sold (part) | 01/13/20 | J | A | |
| 92. | | | | | Buy (add'l) | 01/28/20 | J | | |
| 93. | | | | | Sold | 08/07/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Restani, Jane A.** | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane A. Restani**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544